**HARTFORD CASUALTY INSURANCE COMPANY, a foreign corporation, Plaintiff–Counter Defendant–Appellee,**

v.

**INTRASTATE CONSTRUCTION CORP., a Florida corporation, Lisa Bisogno, a Florida resident, Peter Bisogno, a Florida resident, Defendants–Counter Claimants–Appellants.**

No. 11–10842.

United States Court of Appeals, Eleventh Circuit.

Nov. 22, 2011.

Timothy S. Taylor, Elaine Witherspoon, Vezina Lawrence & Piscitelli, P.A., Coral Gables, FL, for Plaintiff–Counter Defendant–Appellee.

Michael English Stearns, Douglas James Roberts, Leiby Stearns & Roberts, P.A., Sunrise, FL, for Defendants–Counter Claimants–Appellants.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Appellants argue, on this interlocutory appeal, that the district court abused its discretion in granting Appellee's request for a preliminary injunction.

After a thorough review of the briefs, record, and having had the benefit of oral argument, we conclude the district court did not abuse its discretion in granting the preliminary injunction. We do not decide the ultimate issue of whether Appellee will prevail.

**AFFIRMED.**